UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MICHAEL SHACKELFORD and JASON McNEELY, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>BEYOND BROADBAND SOLUTIONS, INC., TIME WARNER NY CABLE, LLC, et al.<br><br>Defendants. | §§§§§§§§§§§§§§§ | CIVIL ACTION NO. 3:11-cv-02110-P |

## ORDER APPROVING SETTLEMENT AND DISMISSAL OF CLAIMS WITH PREJUDICE

On this day came to be heard Plaintiffs Michael Shackelford and Jason McNeely, on behalf of themselves and all others similarly-situated, and Defendants Beyond Broadband Solutions, Inc., Michael Smith, Victor Ruiz, and Time Warner NY Cable, LLC (collectively, the "Parties"), who have announced to the Court that they have reached a full and final resolution in this cause.

The Court has considered the Parties' Joint Motion for Approval of Settlement and Dismissal of Case with Prejudice and reviewed the settlement agreement for fairness. The Court finds that the settlement has been negotiated by the Parties, with the advice of counsel. The Court further finds that the settlement is fair, reasonable, and adequate under the Fair Labor Standards Act and in the best interest of the Plaintiffs and the Opt-in Class Members.

It is, therefore ORDERED, ADJUDGED, and DECREED that the Settlement Agreement entered into by the Parties in the above-captioned case is hereby APPROVED and this case is hereby DISMISSED WITH PREJUDICE in its entirety.

It is further ORDERED, ADJUDGED, and DECREED that each Party shall bear his, her, or its own costs and attorneys' fees.

Signed this 3rd day of September 2013.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE